UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID EVANS,

                Plaintiff,

– against –

THE CITY OF NEW YORK, NEW YORK POLICE DEPARTMENT, OFFICER LESLIE M. ROSA, OFFICER ISRAEL LOPEZ, and OFFICER JOHN DOE,

                Defendants.

**ORDER**

14 Civ. 1785

Ramos, D.J.:

    On June 4, 2021, the Court scheduled a teleconference for July 13, 2021 at 4pm, to address the City's proposed motion for a declaratory judgment. No party appeared at that conference. The City is therefore instructed to file a status report by no later than July 16, 2021. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

    It is SO ORDERED.

Dated:  July 14, 2021
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.